IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| FARHAD AHMAD PIRZAD, | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| VS. | § | |
| | § | |
| WARDEN, in their official capacity as | § | |
| Warden of IAH Secure Adult Detention | § | CIVIL ACTION NO. 9:26-CV-00293 |
| Center; MARKWAYNE MULLIN, in | § | JUDGE MICHAEL J. TRUNCALE |
| his official capacity as Secretary of the | § | |
| Department of Homeland Security; | § | |
| TODD BLANCHE, in his official | § | |
| capacity as Acting Attorney General of | § | |
| the United States; TODD M. LYONS, in | § | |
| his official capacity as Acting Director | § | |
| of U.S. Immigration and Customs | § | |
| Enforcement; BRET BRADFORD, in | § | |
| his official capacity as Field Office | § | |
| Director, Enforcement and Removal | § | |
| Operations, | § | |
| | § | |
| *Respondents.* | § | |

## ORDER REGARDING ADMISSION

On April 20, 2026, Petitioner filed his Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 in the Southern District of Texas, Houston Division. [Dkt. 1]. This matter was subsequently transferred to the Eastern District of Texas, Lufkin Division. [Dkt. 6]. At the time of transfer, counsel for Petitioner, Robert Parker Sheffy, was not admitted to practice in the Eastern District of Texas. On April 23, 2026, the Clerk contacted Mr. Sheffy with instructions on admission requirements for the Eastern District of Texas.

Accordingly, it is **ORDERED** that Robert Parker Sheffy take the necessary steps to appear on behalf of the Petitioner either by becoming admitted to practice in the Eastern

District of Texas or by appearing Pro Hac Vice in this matter on or before **May 14, 2026**.

Failure to do so will result in this matter being set for a Status Conference before the Court.

The Clerk is **INSTRUCTED** to forward a copy of this Order to Mr. Sheffy via Email at parker@immigratesafely.com.

**SIGNED this 29th day of April, 2026.**

Michael J. Truncale
United States District Judge